JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| FELIX DELGADILLO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LOS ANGELES COUNTY DISTRICT ATTORNEYS OFFICE, ET. AL.,<br><br>　　　　Defendants. | Case No. CV 20-10107-SVW (AS)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　**IT IS ADJUDGED** that the above-captioned action is dismissed with prejudice.

DATED: April 28, 2021

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE