**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| FELIX DELGADILLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES COUNTY<br>DISTRICT ATTORNEYS OFFICE,<br>ET. AL.,<br><br>　　　　　Defendants. | Case No. CV 20-10107-SVW (AS)<br><br>**AMENDED JUDGMENT** |

　　On March 21, 2022, the Ninth Circuit Court of Appeal issued an Order affirming this Court's April 28, 2021 judgment of dismissal and remanding with instructions to amend the judgment to dismiss without prejudice. Accordingly, **IT IS ADJUDGED** that the above-captioned action is dismissed without prejudice.

DATED:　March 31, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE